```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  CHAYA HERSHKOWITZ,

                      Plaintiff,            MEMORANDUM & ORDER
                                            21-CV-6093(EK)(TAM)
           -against-

  ARSTRAT, LLC,

                      Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Merkl's Report and Recommendation (R&R) dated January 25, 2023.  ECF No. 29. Judge Merkl recommends that I grant, in part, Plaintiff's motion for attorney's fees and costs, and that I award Plaintiff's counsel $8,551.50 in fees and $306.28 in costs.  Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Merkl's recommendation for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  Therefore, Plaintiff's motion is

granted, in part; Plaintiff's counsel is awarded a total of $8,857.78 in attorney's fees and costs.

    SO ORDERED.

    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge


Dated:    February 28, 2023
          Brooklyn, New York